■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLORIA SUAREZ, Appellant. [45 NYS3d 801]—Appeal by the defendant from an order of the Supreme Court, Nassau County (Murphy, J.), dated November 5, 2015, which, after a hearing, designated her a level one sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant's contention that the Sex Offender Registration Act is unconstitutional as applied to her is unpreserved for appellate review (*see People v Howard*, 27 NY3d 337, 342 [2016]) and, in any event, without merit (*see People v Knox*, 12 NY3d 60 [2009]; *People v Taylor*, 42 AD3d 13 [2007]). Chambers, J.P., Roman, Miller and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT SWEAT, Appellant. [45 NYS3d 800]—Appeal by the defendant from an order of the County Court, Dutchess County (Forman, J.), dated April 21, 2015, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant's request for a downward departure, which is made for the first time before this Court, is unpreserved for appellate review (*see People v Wallace*, 144 AD3d 775 [2016]; *People v Uphael*, 140 AD3d 1143, 1144-1145 [2016]) and, in any event, without merit (*see People v Correa*, 127 AD3d 610 [2015]). Chambers, J.P., Austin, Hinds-Radix and Barros, JJ., concur.